PER CURIAM.

(No. 75-CC-423—)

WESTERN MATERIALS CO., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed January 14, 1975.*

WESTERN MATERIALS CO., pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.